UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| **HUNTINGTON DEVELOPMENT, LLC,** | : | |
| | : | Case No. 10-12461 (KJC) |
| Debtor | : | (Re: D.I. 13, 93, 132). |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, AND DISPOSITION OF RELATED MOTIONS

AND NOW, this 9th day of March, 2012, upon consideration of the following:

(a) Motion of RBS Citizens, N.A. to Dismiss the Bankruptcy Case for Cause Pursuant to Section 1112 of the Bankruptcy Code or, in the Alternative, for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code ("Citizens' Motion") (D.I. 13)

(b) Debtor and Debtor-In-Possession's Objection (Substantive) to Claim 1 Filed by RBS Citizens, N.A. (D.I. 93), and

(c) Motion of RBS Citizens, N.A. to Allow the Admission of Additional Evidence with Respect to the Motion of RBS Citizens to Dismiss the Bankruptcy Case for Cause or, in the Alternative, for Relief from the Automatic Stay (the "Motion for Additional Evidence") (D.I. 132),

and the objections and responses filed thereto, and after hearings held on October 6, 2010, October 21, 2010, and February 7, 2012, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1) Citizens' Motion is **GRANTED**, in part, to allow RBS Citizens, N.A. ("Citizens") relief from the automatic stay of §362,

(2) the Claim Objection is **DISMISSED,** and

(3) the Motion for Additional Evidence is **DENIED,**

and it is further **ORDERED** that a hearing will be held on **April 5, 2012** at **3:00 p.m.** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware to determine whether this Bankruptcy Case should be dismissed.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: William D. Sullivan[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.